IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG BOURLOTOS and LISA BOURLOTOS, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUCKS COUNTY, et al., <br><br> *Defendants*. | CIVIL ACTION <br> No. 16-01419 |

### ORDER

**AND NOW**, this 20th day of June, 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 7) and Greg and Lisa Bourlotos's Response (ECF No. 11), it is **ORDERED** that the motion is **GRANTED**.

Count I of the complaint is **DISMISSED** with prejudice.  Counts II–V are **DISMISSED** without prejudice.  Plaintiffs may amend Counts II–V on or before **July 18, 2016**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.