IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG BOURLOTOS, et al., | : | CIVIL ACTION |
| vs. | : | |
| BUCKS COUNTY, et al. | : | NO. 16-01419 |

### O R D E R

**AND NOW, TO WIT:** This 7th day of September, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**LUCY V. CHIN**, Interim Clerk of Court

BY: */s/ Katie Furphy*
    Katie Furphy
    Civil Deputy Clerk

Copies Emailed on 9/7/16 to:
  Matthew B. Weisberg, Esq.
  David A. Berlin, Esq.
  Sean M. Corr, Esq.

Civ 2 (7/83)

41.1(b)